# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____

DESHON STOKES,

      Petitioner,                      Civil No. 2:09-CV-10171

v.

KENNETH MCKEE,

      Respondent.
_____/

## JUDGMENT

      In accordance with the court's Opinion and Order Denying the Petition for Writ of

Habeas Corpus and Denying a Certificate of Appealability dated October 27, 2014,

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

Respondent Kenneth McKee and against Petitioner Deshon Stokes.  Dated at Detroit,

Michigan, this 27th day of October 2014.


                             DAVID J. WEAVER
                             CLERK OF THE COURT

                             S/ Lisa Wagner_____
                    By:  Lisa Wagner, Case Manager
                       to Judge Robert H. Cleland