UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DESHON STOKES,

        Petitioner,

                                            Case No: 09-10171-DT

vs.

KENNETH MCKEE,

       Respondent.
_____/

## ORDER GRANTING APPLICATION TO PROCEED
## ON APPEAL WITHOUT PREPAYMENT OF FEES AND COSTS

The Petitioner has filed an "Application to Proceed on Appeal Without Prepayment of Fees" on December 9, 2014 in the above matter.  The Court has considered the application and believes that it should be granted, therefore,

IT IS ORDERED  that the Petitioner's "Application to Proceed without Prepayment of Fees" is **GRANTED.**

                                                 S/Robert H. Cleland
                                                 ROBERT H. CLELAND
                                                 UNITED STATES DISTRICT JUDGE

Dated:  December 18, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, December 18, 2014, by electronic and/or ordinary mail.

                                                 S/Lisa Wagner
                                                 Case Manager and Deputy Clerk
                                                 (313) 234-5522